618

Sefcik Dairy Company et al., appellees, v. John Jurca, trading as Turner Dairy, defendant. John Jurca and Steve Jurca, appellants. Gen. No. 38,142.

Opinion filed January 27, 1937. Rehearing denied February 16, 1937.

Grablowski & Kanak, for appellants. Gann, Secord & Stead, for appellees; Loy N. McIntosh and John H. Boord, of counsel.

Mr. Justice Hall delivered the opinion of the court.

In re Estate of James Thomas Kelly, deceased.

The People of the State of Illinois, defendant in error, v. John J. Bagdonas, plaintiff in error. Gen. No. 38,237.

Opinion filed January 27, 1937.

Wm. Scott Stewart, for plaintiff in error; Charles R. Aiken, of counsel. Levinson, Becker, Peebles & Swiren, as *amici curiæ*; Don M. Peebles and H. M. Neuburger, of counsel.

Mr. Justice Hall delivered the opinion of the court.

Joseph F. Sanders, appellant, v. W. W. McCallum, appellee. Gen. No. 38,698.

Opinion filed January 27, 1937.

John A. Bloomingston, for appellant. Murphy O. Tate, for appellee.

Mr. Justice Hall delivered the opinion of the court.

Chicago Title and Trust Company, appellee, v. Emanuel Z. Swimmer et al., defendants, on appeal of Morris Cohn, appellant. Gen. No. 38,732.

Opinion filed January 27, 1937.

Henry Pollenz, for appellant. Isaac S. Rothschild, for appellee.

Mr. Justice Hall delivered the opinion of the court.